## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DENNIS LLOYD RED BOY,

Defendant.

**Case No. CR 18-74-GF-BMM**

**ORDER**

Upon the unopposed Motion to Seal the Exhibits in Support of the Suppression Motion and Memorandum, and good cause appearing;

IT IS HEREBY ORDERED that the following Exhibits shall be filed *under seal*:

Suppression Motion Exhibit 501 – DVD containing interview audio and video on August 15, 2017, audio on August 28, 2017, and the recorded portion of the interview conducted on September 20, 2017.

Suppression Motion Exhibit 502 – transcription of the recording of the interview conducted on August 15, 2017.

Suppression Motion Exhibit 503 – transcription of the recording of the interview conducted on August 28, 2017.

1

Suppression Motion Exhibit 504 – transcription of the recorded portion of interview conducted on September 20, 2017.

Suppression Motion Exhibit 505 – Report by Agent Todd Palmer

DATED this <u>5th</u> day of February, 2019.


Brian Morris
United States District Court Judge